# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERK AND TRECA ADAMS, Non-Corporate Entity, Real Party in Interest,<br><br>  Petitioners,<br><br>vs.<br><br>BANK, TRUSTEE, SERVICER, BANK CFO, BANK CEO, BANK GENERAL COUNSEL, ATTY'S AND ATTY'S FIRM FROM UD, CALIFORNIA JUDICIAL COUNCIL, CALIFORNIA SUPREME COURT LOS ANGELES COUNTY SHERRIF'S OFFICE, DOES 1-25, inclusive,<br><br>  Respondents, | CASE NO. MC 11-00347 UA (RZx)<br><br>ORDER DENYING PETITION TO PERPETUATE TESTIMONY AND DISMISSING ACTION |

Petitioners have presented a document entitled "Petition for Depositions to Perpetuate Testimony Under F.R.C.P. Rule 27" (the "Petition"), which purports to be a petition to perpetuate testimony under Fed. R. Civ. P. 27(a).  The Court has reviewed the materials presented, and finds that the relief Petitioners seek is not available under Rule 27.  Further Petitioners have failed to comply with either the requirements of Rule 27 or this Court's Local Rules.  The Petition is therefore DENIED, and the Clerk is directed to CLOSE this miscellaneous case.

However, the Court also finds that the Petition should be construed as an attempt to file a complaint and initiate a regular civil case. The Clerk is therefore directed to lodge the Petition as a complaint, assign it a new civil case number, and inform Petitioners that, in order to proceed with this civil case, they must either pay the full filing fee of $350.00 or file an application to proceed in forma pauperis within 30 days of the date of this order. If Petitioners do not pay the full filing fee or apply for in forma pauperis status within 30 days of this order, Petitioners' action will be dismissed and the civil case will be closed.

DATED: 8/31/11

_____ F _____ for
AUDREY B. COLLINS
Chief United States District Judge